

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2019

No. 04-19-00524-CV

**IN RE M.R.D. ET AL., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02024
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    The State's Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to November 14, 2019.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court